**Order entered January 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00388-CV**

**PRESTONWOOD TRADITION, LP; TRADITION MANAGEMENT, LLC; PRESTONWOOD TSL, LP; PRESTONWOOD TSL GP, LLC, ET AL.,**
**Appellants**

**V.**

**SHERRIL KERR, INDIVIDUALLY AND AS THE INDEPENDENT EXECUTRIX AND REPRESENTATIVE, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03754-B**

**ORDER**

On the Court's own motion, we **REMOVE** this case from submission on January 12, 2021. We **DIRECT** the Clerk to set the case for submission without oral argument on March 2, 2021.

/s/     ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE